39 A.3d 996

COMMONWEALTH of Pennsylvania, Respondent

v.

Russell TINSLEY, Petitioner.

No. 153 EM 2011.

Supreme Court of Pennsylvania.

March 13, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of March, 2012, the Application for Extraordinary Relief and the Application for Appointment of Counsel are **DENIED.**